963 So.2d 271 (2007)
CITIZENS PROPERTY INSURANCE CORPORATION, Appellant,
v.
Jon Allen DANCY, Appellee.
No. 1D06-5352.
District Court of Appeal of Florida, First District.
July 26, 2007.
Rehearing Denied August 28, 2007.
G. Alan Howard and Robert M. Dees of Milam, Howard, Nicandri, Dees & Gillam, P.A., Jacksonville, for Appellant.
Robert N. Heath, Jr., of McDonald, Fleming, Moorhead, Fergusen, Green, Smith, Blankenship & Heath, LLP, and Louis K. Rosenbloum of Louis K. Rosenbloum, P.A., Pensacola, for Appellee.
PER CURIAM.
AFFIRMED. See Fla. Farm Bureau Cas. Ins. Co. v. Cox, 943 So.2d 823 (Fla. 1st DCA 2006), rev. granted Fla. Farm Bureau Cas. Ins. Co. v. Cox, 948 So.2d 758 (Fla.2007); Citizens Prop. Ins. Corp. v. Ueberschaer, 956 So.2d 483 (Fla. 1st DCA 2007), certification granted (May 25, 2007).
WOLF, PADOVANO, and ROBERTS, JJ., concur.